IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-00030-01-CR-W-GAF |
| ) | |
| STEVEN B. FRENCHER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Now pending before the Court is defendant's Motion to Suppress Evidence (Doc. #72-1). Defendant asserts that "the police improperly forced [Frencher] to divulge his name as police approached the residence," and argues that all ensuing incriminating matters "are fruits of an unlawful detention."

On April 17, 2006, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing and on May 10, 2006, Judge Maughmer issued his Report and Recommendations. Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #72-1) is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: May 24, 2006